ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, LOS PRADOS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-02896-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO FIRST CALIFORNIA MORTGAGE COMPANY'S JOINDER TO TAYLOR WALES' MOTION TO DISMISS**<br><br>[FIRST REQUEST] |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB (**BoNYM**), Defendant First California Mortgage Company (**FCMC**) stipulate as follows:

1. Wales filed its motion to dismiss on February 27, 2018. [ECF No. 14]. HOA filed its joinder to Wales' motion to dismiss on March 1, 2018 [ECF No. 15]. FCMC immediately upon retention of the undersigned and review of the docket filed its joinder to Wales' motion to dismiss on

44366001;1

March 9, 2018. BoNYM's response is currently due on March 13, 2018.

2. The parties hereby stipulate and agree BoNYM shall have fourteen (14) additional days to file its response. The new deadline for BoNYM to file its response to FCMC's joinder to Wales' motion to dismiss shall be **March 27, 2018**.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: March 12, 2018

| **AKERMAN LLP** | **HOUSER & ALLISON, APC** |
|---|---|
| /s/ *Tenesa S. Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for The Bank of New York Mellon* | /s/ *Jeffrey S. Allison* <br> JEFFREY S. ALLISON, ESQ. <br> Nevada Bar No. 8949 <br> 9970 Research Drive <br> Irvine, CA 92618 <br> *Attorneys for First California Mortgage Company, erroneously named herein, its successors and assigns* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: March 15, 2018 _____

2

44366001;1