ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB, <br><br> Plaintiff, <br><br> vs. <br><br> TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, LOS PRADOS COMMUNITY ASSOCIATION, <br><br> Defendants. | Case No.: 2:17-cv-02896-JCM-GWF <br><br> **STIPULATION AND ORDER TO EXTEND FILE RESPONSE MOTION TO DISMISS AND JOINDERS [ECF NO. 27, 28]** <br><br> [FIRST REQUEST] |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB (**BoNYM**), Defendant Taylor Wales (**Wales**) and Los Prados Community Association (**HOA**), and Defendant First California Mortgage Company (**FCMC**) stipulate as follows:

1.      Wales filed his motion to dismiss BoNYM's first amended complaint on April 24, 2018. [ECF No. 27]. FCMC filed its joinder to Wales' motion to dismiss on April 25, 2018 [ECF

No. 28]. BoNYM's response is currently due on May 8, 2018.

2.     The parties hereby stipulate and agree BoNYM shall have an additional 20 days until to file its response to the motion and any joinder. The new deadline for BoNYM to file its response to Wales' motion to dismiss and joinders shall be May 28, 2018.

3.     This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: May 7, 2018

| **AKERMAN LLP** | **SPRINGEL & FINK LLP** |
|---|---|
| /s/ Tenesa S. Powell<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for The Bank of New York Mellon* | /s/ Michael A. Arata<br>ADAM H. SPRINGEL, ESQ.<br>Nevada Bar No. 7187<br>MICHAEL A. ARATA, ESQ.<br>Nevada Bar No. 11902<br>10655 Park Run Drive, Suite 275<br>Las Vegas, NV 89144<br>*Attorneys for Taylor Wales* |
| **MARQUIS AURBACH COFFING** | **HOUSER & ALLISON, APC** |
| /s/ Michael D. Maupin<br>JACK CHEN MIN JUAN, ESQ.<br>Nevada Bar No. 6367<br>MICHAEL D. MAUPIN, ESQ.<br>Nevada Bar No. 13721<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorneys for Los Prados Community Association* | /s/ Jeffrey S. Allison<br>JEFFREY S. ALLISON, ESQ.<br>Nevada Bar No. 8949<br>9970 Research Drive<br>Irvine, CA 92618<br>*Attorneys for First California Mortgage Company, erroneously named herein, its successors and assigns* |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** _____May 8, 2018_____

45029482;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572