Jeffrey S. Allison (NV Bar # 8949)
**HOUSER & ALLISON, APC**
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Attorneys for Defendants FIRST CALIFORNIA MORTGAGE COMPANY, erroneously named herein, its successors and assigns; and FEDERAL NATIONAL MORTGAGE ASSOCIATION

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR WALES; FIRST CALIFORNIA MORTGAGE COMPANY; FEDERAL NATIONAL MORGTAGE ASSOCIATION; LOS PRADOS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-02896-JCM-GWF<br><br>HON. JAMES C. MAHAN<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[FIRST REQUEST] |

Defendant Federal National Mortgage Association ("Fannie Mae"), and Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB (BONYM), stipulate as follows:

1. Plaintiff BONYM filed a First Amended Complaint (FAC) on March 20, 2018;
2. Defendant Fannie Mae was added as a defendant in BONYM's First Amended Complaint;

///

**AMENDED STIPULATION**

1

3. Defendant Fannie Mae only recently retained the undersigned as counsel of record herein;

4. Defendant Fannie Mae is presently exploring issues regarding this action and title insurance;

5. A motion to dismiss BONYM's First Amended Complaint filed by Defendant TAYLOR WALES, in which the other Defendants have joined, is presently pending;

6. Accordingly, the parties hereby stipulate and agree that Defendant Fannie Mae shall have until July 9, 2018 to file a response to BONYM's First Amended Complaint.

7. This is the first request for an extension of this deadline on behalf of Defendant Fannie Mae and is not made for purposes of undue delay.

DATED: May 4, 2018

| **AKERMAN LLP** | **HOUSER & ALLISON, APC** |
|---|---|
| /s/ *Tenesa Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff The Bank of New York Mellon* | /s/ *Jeffrey S. Allison*<br>JEFFREY S. ALLISON, ESQ.<br>Nevada Bar No. 8949<br>9970 Research Drive<br>Irvine, CA 92618<br>*Attorneys for Defendants First California Mortgage Company, erroneously named herein, its successors and assign; and Federal National Mortgage Association* |

## ORDER

**IT IS SO ORDERED:**

DATED: 5/16/2018

_____
UNITED STATES MAGISTRATE JUDGE

**AMENDED STIPULATION**
2