Jeffrey S. Allison (NV Bar # 8949)
**HOUSER & ALLISON, APC**
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Attorneys for Defendant FIRST CALIFORNIA MORTGAGE COMPANY, erroneously named herein, its successors and assigns; and FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR WALES; FIRST CALIFORNIA MORTGAGE COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; LOS PRADOS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-02896-JCM-GWF<br><br>HON. JAMES C. MAHAN<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[SECOND REQUEST] |

Defendant Federal National Mortgage Association ("Fannie Mae") and Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB (BONYM), stipulate as follows:

1. Plaintiff BONYM filed a First Amended Complaint ("FAC") on March 20, 2018;
2. Fannie Mae was added as a defendant in BONYM's FAC;
3. Defendant Fannie Mae investigated issues and promptly tendered a claim for title insurance;

-1-

4. Defendant Taylor Wales ("Wales") filed a motion to dismiss the FAC in which the other Defendants filed joinders and is pending a Court ruling;

5. BONYM stipulated to an extension to July 9, 2018 for Fannie Mae's response to the FAC which was entered by the Court on May 4, 2018 [Dkt. No. 32];

6. Fannie Mae's title insurer has just recently accepted the tender of defense and time is needed for its retention and substitution of defense counsel herein;

7. Accordingly, the parties hereby stipulate and agree that Defendant Fannie Mae shall have an extension of forty-five days (45) additional days to file a response to the FAC, or thereafter pursuant to the Rules in the event a further operative complaint is determined and filed by BONYM. The new deadline for said Defendant(s) response to the FAC shall be **August 23, 2018**.

8. This is the second request for an extension of this deadline and is not made for purposes of undue delay.

DATED: July 9, 2018

| **AKERMAN LLP** | **HOUSER & ALLISON, APC** |
|---|---|
| /s/ *Tenesa Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Plaintiff The Bank of New York Mellon* | /s/ *Jeffrey S. Allison* <br> JEFFREY S. ALLISON, ESQ. <br> Nevada Bar No. 8949 <br> 9970 Research Drive <br> Irvine, CA 92618 <br> *Attorneys for Defendants First California Mortgage Company, erroneously named herein, its successors and assigns, and Federal National Mortgage Association* |

**ORDER**

**IT IS SO ORDERED:**

DATED: 7/10/2018

_____
UNITED STATES MAGISTRATE JUDGE