GLENN F. MEIER, ESQ.
Nevada Bar No. 6059
E-mail: gmeier@nevadafirm.com
RACHEL E. DONN, ESQ.
Nevada Bar No. 10568
E-mail: rdonn@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Defendant*
*FEDERAL NATIONAL MORTGAGE ASSOCIATION*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGGE PASS- THROUGH CERTIFICATES, SERIES 2005- 23CB, <br><br> Plaintiff, <br><br> v. <br><br> TAYLOR WALES; FIRST CALIFORNIA MORTGAGE COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; LOS PRADOS COMMUNITY ASSOCIATION, <br><br> Defendants. | Case No.: 2:17-cv-02896-JCM-GWF <br><br> Hon. JAMES C. MAHAN <br><br> **SUBSTITITION OF ATTORNEY; ORDER** |

**NOTICE IS HEREBY GIVEN THAT**, subject to approval by the Court, Defendant Federal National Mortgage Association ("FNMA" or "Defendant"), hereby substitutes the law firm of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, as its attorneys of record in the action in place and stead of HOUSER & ALLISON, APC, 9970 Research Drive, Irvine, California 92618, telephone (949) 679-1111.

110904-52/2074408

Copies of all future pleadings, orders, notices and records should be served upon the law firm of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, 400 S. Fourth Street, Third Floor, Las Vegas, NV 89101, telephone: (702) 791-0308, and facsimile: (702) 791-1912.

I hereby consent to the above substitution.

Dated this 30th day of July 2018

FEDERAL NATIONAL MORTGAGE ASSOCIATION

*Charlotte Ritz*

By: Charlotte Ritz
Title: Associate General Counsel

I hereby consent to being substituted.

Dated this 23rd day of July 2018

HOUSER & ALLISON, APC

*/s/ Jeff A.*

JEFFREY S. ALLISON, ESQ.
Nevada Bar No. 8949
9970 Research Drive
Irvine, CA 92618
*Attorneys for Defendants*
FIRST CALIFORNIA MORTGAGE COMPANY, *erroneously named herein, its successors and assigns; and* FEDERAL NATIONAL MORTGAGE ASSOCIATION

///
///
///
///
///
///
///

- 2 -

10904-52/2074408

I consent to the above-substitution:

Dated this 30th day of July 2018.

HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

_____
GLENN F. MEIER, ESQ.
Nevada Bar No. 6059
RACHEL E. DONN, ESQ. ESQ.
Nevada Bar No. 10568
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*FEDERAL NATIONAL MORTGAGE*
*ASSOCIATION*

## ORDER

The Substitution of Attorney is hereby approved and so ORDERED.

Dated this 31st day of July 2018

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

10904-52/2074408