# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:17-CV-2896 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| TAYLOR WALES, et al., | |
| Defendant(s). | |

Presently before the court is defendant Taylor Wales' ("Wales") motion to dismiss. (ECF No. 14).

Also before the court is plaintiff Bank of New York Mellon's ("BNYM") stipulation to extend time to file response to Wales' motion to dismiss (ECF No. 14). (ECF No. 17).

After Wales filed his motion to dismiss (ECF No. 14), BNYM timely filed an amended complaint (ECF No. 20), thereby mooting Wales' motion to dismiss as well as BNYM's corresponding stipulation for extension of time to file response.

Accordingly,

IT IS HEREBY ORDERED that Wales' motion to dismiss (ECF No. 14) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that BNYM's stipulation to extend time (ECF No. 17) be, and the same hereby is, DENIED as moot.

DATED July 31, 2018.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**