

GLENN F. MEIER, ESQ.
Nevada Bar No. 6059
E-mail: gmeier@nevadafirm.com
RACHEL E. DONN, ESQ.
Nevada Bar No. 10568
E-mail: rdonn@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:     702/791-1912
*Attorneys for Defendant*
*FEDERAL NATIONAL MORTGAGE ASSOCIATION*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGGE PASS- THROUGH CERTIFICATES, SERIES 2005- 23CB,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR WALES; FIRST CALIFORNIA MORTGAGE COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; LOS PRADOS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-02896-JCM-GWF<br>Hon. JAMES C. MAHAN<br><br>**STIPULATION TO EXTEND THE DISCOVERY PLAN AND SCHEDULING ORDER; [PROPOSED] ORDER**<br><br>**[FIRST REQUEST]** |

Pursuant to LR 6-1 and LR 26-4, the parties by and through their respective counsel of record, hereby stipulate and request that this Court extend the Discovery deadlines in the above-captioned case for 30 days. This is the parties first request for an extension. In support of this Stipulation and Request, the parties state as follows:

110904-52/208509

A.   **DISCOVERY COMPLETED TO DATE**:

Initial discovery exchanges have been made between the parties and additional discovery responses remains outstanding at this time.

B.   **DISCOVERY REMAINING TO BE COMPLETED**

Discovery that remains between the parties are discovery responses to interrogatories, requests for production of documents and requests for admissions, disclosure of experts and depositions. The parties reserve the right to conduct additional discovery as deemed necessary.

C.   **REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES.**

The parties request a 30-day extension as this matter was recently tendered to insurer and counsel of Defendant Federal National Mortgage Association ("FNMA") has just been substituted into the matter as of July 31, 2018. Further, FNMA responsive pleading were only just due August 23, 2018. The purpose of this extension is not for delay.

D.   **PROPOSED SCHEDULE:**

5.   The discovery cut-off will be moved from its current date of October 22, 2018 and will be continued to **Wednesday, November 21, 2018**.

5B.   FRCP 26(a)(2) Disclosures of Experts are currently due August 23, 2018 and will be continued to **Friday, September 21, 2018**. The Rebuttal Expert Disclosure is currently due September 24, 2018 and will be continued to **Wednesday, October 24, 2018**.

5C.   The Interim Status Report is currently due August 23, 2018 and will be continued to **Friday, September 21, 2018.**

5D.   Dispositive Motions are currently due November 21, 2018 and will be continued to **Friday, December 21, 2018.**

5E.   The Pre-Trial Order is currently due December 21, 2018 and will be continued to **Tuesday January 22, 2019.**

10904-52/2086473

**5G.** Extensions or Modifications of the Discovery Plan and Scheduling Order is currently due October 1, 2018 and will be continued to **Wednesday, October 31, 2018**.

Additionally, the parties have agreed to allow Defendant Taylor Wales seven days from the entry of the Court's Order approving the Stipulation to Extend the Discovery Plan and Scheduling Order (First Request) to file his third-party complaint.

All other dates as provided in this Court's May 22, 2018 Discovery Plan and Scheduling Order will remain the same.

| Dated this 22nd day of August, 2018 | Dated this 22nd day of August, 2018 |
|---|---|
| HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON | AKERMAN LLP |
| By:/s/ *Rachel E. Donn, Esq.*<br>Glenn F. Meier, Esq.<br>Nevada Bar No. 6059<br>Rachel E. Donn, ESQ.<br>Nevada Bar No. 010568<br>Las Vegas, Nevada 89128<br>2300 West Sahara Avenue, Suite 1150<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant*<br>*Federal National Mortgage Association* | By:/s/ *Tenesa S. Powell, Esq.*<br>Ariel Stern, Esq. (8276)<br>Tenesa S. Powell, Esq. (12488)<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, NV 89134<br>T: (702) 634-5000<br>Attorneys for Plaintiff - The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass Through Certificates Series 2005-23CB |
| Dated this 22nd day of August, 2018 | Dated this 22nd day of August, 2018 |
| MARQUIS AURBACH COFFING | SPRINGEL & FINK |
| By:/s/ *Michael D. Maupin, Esq.*<br>Jack J. Juan, Esq. (6367)<br>Michael David Maupin, Esq. (13721)<br>1001 Park Run Drive<br>Las Vegas, NV 89130<br>T: (702) 942-2177<br>Attorneys for Defendant Los Prados Community Association | By:/s/ *Michael A. Arata, Esq.*<br>Adam H. Springel, Esq. (7187)<br>Michael A. Arata, Esq. (11902)<br>10655 Park Run Drive, Suite 275<br>Las Vegas, NV 89144<br>T: (804) 0706<br>Attorneys for Defendant Taylor Wales |

**5G.** Extensions or Modifications of the Discovery Plan and Scheduling Order is currently due October 1, 2018 and will be continued to **Wednesday, October 31, 2018**.

Additionally, the parties have agreed to allow Defendant Taylor Wales seven days from the entry of the Court's Order approving the Stipulation to Extend the Discovery Plan and Scheduling Order (First Request) to file his third-party complaint.

All other dates as provided in this Court's May 22, 2018 Discovery Plan and Scheduling Order will remain the same.

Dated this 22nd day of August, 2018

HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON

By:/s/ *Rachel E. Donn, Esq.*
Glenn F. Meier, Esq.
Nevada Bar No. 6059
Rachel E. Donn, ESQ.
Nevada Bar No. 010568
Las Vegas, Nevada 89128
2300 West Sahara Avenue, Suite 1150
Las Vegas, Nevada 89102
*Attorneys for Defendant*
*Federal National Mortgage Association*

Dated this 22nd day of August, 2018

AKERMAN LLP

By:/s/ *Tenesa S. Powell, Esq.*
Ariel Stern, Esq. (8276)
Tenesa S. Powell, Esq. (12488)
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134
T: (702) 634-5000
Attorneys for Plaintiff - The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass Through Certificates Series 2005-23CB

Dated this 22nd day of August, 2018

MARQUIS AURBACH COFFING

By:/s/ *Michael D. Maupin, Esq.*
Jack J. Juan, Esq. (6367)
Michael David Maupin, Esq. (13721)
1001 Park Run Drive
Las Vegas, NV 89130
T: (702) 942-2177
Attorneys for Defendant Los Prados Community Association

Dated this 22nd day of August, 2018

SPRINGEL & FINK

By:/s/ *Michael A. Arata, Esq.*
Adam H. Springel, Esq. (7187)
Michael A. Arata, Esq. (11902)
10655 Park Run Drive, Suite 275
Las Vegas, NV 89144
T: (804) 0706
Attorneys for Defendant Taylor Wales



1  Dated this 22nd day of August, 2018

2  HOUSER & ALLISON

4  By: /s/ Jeffrey S. Allison, Esq.
   Jeffrey S. Allison, Esq. (Cal Bar #8949)
5  9970 Research Drive
   Irvine, CA 92618
6  T: (949) 679-1111
   Attorney for Defendant
7  First California Mortgage Company
   erroneously named herein, it successors
8  and assigns

**ORDER**

IT IS SO ORDERED.

Dated: __August 23__, 2018    ___George Foley Jr.___
                               UNITED STATES MAGISTRATE JUDGE

10904-52/2086473

- 4 -