ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, LOS PRADOS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-02896-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>[SECOND REQUEST] |

Plaintiff/Counter-Defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB (**BoNYM**), Defendant/Counter-Claimant/Third-Party Plaintiff Taylor Wales (**Wales**), and Third-Party Defendant Rugged Oaks Investments, LLC (**Rugged Oaks**) stipulate to extend the respective dispositive motion deadlines as to Wales counterclaim against BoNYM and Wales third-party claim against Rugged Oaks. This is the second request to extend the dispositive motion deadline set by the stipulation and order to extend discovery filed on August 23, 2018 [ECF No. 54]. The current deadline is set for January 22, 2019. The parties

47589316;1

stipulate and agree to an additional 30 day extension to file dispositive motions. The new deadline for dispositive motions is **February 21, 2019**. The new deadline for the proposed joint pretrial order is **March 23, 2019**.

Good cause exists to grant the extension. This court dismissed BoNYM's claims on statute of limitations grounds. [ECF No. 66]. Wales is evaluating whether to proceed on his counterclaim against BoNYM in light of the court's dismissal. The parties continue to be in settlement negotiations. Extending the deadline for dispositive motions under the circumstances will preserve court and party resources should Wales dismiss his claims or the parties settle. This request is made in good faith and not made for purposes of delay.

Dated: January 22, 2019

**AKERMAN LLP**

/s/ Tenesa S. Powell
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for The Bank of New York Mellon*

**SPRINGEL & FINK LLP**

/s/ Michael A. Arata
ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7182
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
10655 Park Run Drive, Suite 275
Las Vegas NV, 89144
*Attorneys for Taylor Wales*

**HUTCHISON & STEFFEN, PLLC**

/s/ Matthew K. Schriever
John T. Steffen, ESQ.
Nevada Bar No. 4390
Matthew K. Schriever, ESQ.
Nevada Bar No. 10745
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Rugged Oaks Investments, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 25, 2019

47589316;1