ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
L. COURTNEY KLUEVER, ESQ.
Nevada Bar No. 10909
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail:  *aspringel@springelfink.com*
  *ckluever@springelfink.com*

*Attorneys for Defendant/Counter-Claimant/Third-Party Plaintiff*
*TAYLOR WALES*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB, <br><br> Plaintiff, <br><br> vs. <br><br> TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, LOS PRADOS COMMUNITY ASSOCIATION, <br><br> Defendants. | Case No.:  2:17-cv-02896-JCM-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> [THIRD REQUEST] |
| TAYLOR WALES, <br><br> Counter-Claimant, <br><br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB | |

| | |
|---|---|
| 1 | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB, |
| 2 | |
| 3 | Counter-Defendant. |
| 4 | TAYLOR WALES, |
| 5 | Third-Party Plaintiff, |
| 6 | |
| 7 | vs. |
| 8 | RUGGED OAKS INVESTMENTS, LLC, |
| 9 | Third-Party Defendant. |

Defendant/Counter-Claimant/Third-Party Plaintiff TAYLOR WALES ("Wales"), Plaintiff/Counter-Defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB ("BoNYM"), and Third-Party Defendant Rugged Oaks Investments, LLC ("Rugged Oaks") stipulate to extend the respective dispositive motion deadlines as to Wales' counterclaim against BoNYM and Wales' third-party claim against Rugged Oaks. This is the third request to extend the dispositive motion deadline set by the stipulation and order to extend discovery filed on August 23, 2018 [ECF No. 54]. The current deadline is set for February 21, 2019. The parties stipulate and agree to an additional 30 day extension to file dispositive motions. The new deadline for dispositive motions is **March 22, 2019**. The new deadline for the proposed joint pretrial order is **April 22, 2019**.

Good cause exists to grant the extension. This court previously dismissed BoNYM's claims based upon a statute of limitations issue. [ECF No. 66]. Wales has since been evaluating the merits of his counterclaim against BoNYM and the parties remain engaged in settlement negotiations. Recently, undersigned counsel of the law firm of Springel & Fink LLP took over management of this action and requires additional time to familiarize herself with the history and current status of the case. Extending the deadline for dispositive motions under the circumstances will allow counsel time to review the case,

/ / /

/ / /

and further preserve court and party resources should the parties reach a settlement agreement. This request is made in good faith and not made for purposes of delay.

Dated: February 20, 2019.

SPRINGEL & FINK LLP

 /s/ Adam H. Springel
ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7182
L. COURTNEY KLUEVER, ESQ.
Nevada Bar No. 10909
10655 Park Run Drive, Suite 275
Las Vegas NV, 89144
*Attorneys for Taylor Wales*

AKERMAN LLP

 /s/Tenesa Powell
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for The Bank of New York Mellon*

HUTCHISON & STEFFEN, PLLC

 /s/Matthew K. Schriever
John T. Steffen, ESQ.
Nevada Bar No. 4390
Matthew K. Schriever, ESQ.
Nevada Bar No. 10745
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Rugged Oaks Investments, LLC*

ORDER

IT IS SO ORDERED: _____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 22, 2019