ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
L. COURTNEY KLUEVER, ESQ.
Nevada Bar No. 10909
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail:   *aspringel@springelfink.com*
          *ckluever@springelfink.com*

*Attorneys for Defendant/Counter-Claimant/Third-Party Plaintiff*
*TAYLOR WALES*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB, | Case No.: 2:17-cv-02896-JCM-GWF  **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**  [FOURTH REQUEST] |
| Plaintiff, | |
| vs. | |
| TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, LOS PRADOS COMMUNITY ASSOCIATION, | |
| Defendants. | |
| TAYLOR WALES, | |
| Counter-Claimant, | |
| vs. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB | |

| | |
|---|---|
| MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB, | |
| Counter-Defendant. | |
| TAYLOR WALES, | |
| Third-Party Plaintiff, | |
| vs. | |
| RUGGED OAKS INVESTMENTS, LLC, | |
| Third-Party Defendant. | |

Defendant/Counter-Claimant/Third-Party Plaintiff TAYLOR WALES ("Wales"), and Plaintiff/Counter-Defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB ("BoNYM") stipulate to extend the dispositive motion deadline as to Wales' counterclaim against BoNYM. This is the fourth request to extend the dispositive motion deadline set by the stipulation and order to extend discovery filed on August 23, 2018 [ECF No. 54] and counsel for the stipulating parties do not anticipate that any additional extensions will be necessary. The current deadline is set for March 22, 2019. Third-Party Defendant Rugged Oaks Investments, LLC filed a Motion to Dismiss Wales' Third-Party Complaint on March 19, 2019 [ECF No. 74] that Wales will timely oppose. Wales and BoNYM stipulate and agree to an additional 60-day extension of the deadline to file dispositive motions. The new deadline for dispositive motions is **May 20, 2019**. The new deadline for the proposed joint pretrial order is **June 24, 2019**.

Good cause exists to grant the extension. This court previously dismissed BoNYM's claims based upon a statute of limitations issue. [ECF No. 66]. Wales has since been evaluating the merits of his counterclaims against BoNYM and Rugged Oaks and the parties remain engaged in settlement negotiations. Undersigned counsel of the law firm of Springel & Fink LLP recently took over management of this action and needed time to become familiar with the facets of the parties' respective claims. Extending the deadline for dispositive motions under the circumstances will allow the preserve

both party and judicial resources by preventing the commencement of a trial or appeal when the action may be otherwise resolved. This request is made in good faith and not made for purposes of delay.

Dated: March 22, 2019.

| SPRINGEL & FINK LLP | AKERMAN LLP |
|---|---|
| */s/ Adam H. Springel* | */s/Tenesa Powell* |
| ADAM H. SPRINGEL, ESQ. | ARIEL E. STERN, ESQ. |
| Nevada Bar No. 7182 | Nevada Bar No. 8276 |
| L. COURTNEY KLUEVER, ESQ. | TENESA POWELL, ESQ. |
| Nevada Bar No. 10909 | Nevada Bar No. 12488 |
| 10655 Park Run Drive, Suite 275 | 1635 Village Center Circle, Suite 200 |
| Las Vegas NV, 89144 | Las Vegas, Nevada 89134 |
| *Attorneys for Taylor Wales* | *Attorneys for The Bank of New York Mellon* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/26/2019