ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, LOS PRADOS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.:  2:17-cv-02896-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY IN SUPPORTING OF SUMMARY JUDGMENT AND OPPOSE COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |

Plaintiff/Counter-Defendant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB (**BoNYM**), Defendant/Counter-Claimant/Third-Party Plaintiff Taylor Wales (**Wales**), and Third-Party Defendant Rugged Oaks Investments, LLC (**Rugged Oaks**) stipulate as follows:

1.      BoNYM filed its motion for summary judgment on May 20, 2019.  [ECF No. 79]. Wales filed it response to BoNYM's motion on June 12, 2019 [ECF No. 82] BoNYM's reply is currently due on June 26, 2019.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

49267956;1

2.      Wales filed its countermotion for summary judgment on June 12, 2019.  [ECF No. 79].  BoNYM's response to the countermotion is currently due on July 3, 2019

3.      The parties hereby stipulate and agree that BoNYM shall have until **July 12, 2019** to file both its response to Wales countermotion for summary judgment and its reply in support of its motion for summary judgment.

This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated June 24, 2019

AKERMAN LLP

/s/ Tenesa S. Powell
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for The Bank of New York Mellon*

SPRINGEL & FINK LLP

/s/ Courtney Kluever
ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7182
COURTNEY KLUEVER, ESQ.
Nevada Bar No. 10909
10655 Park Run Drive, Suite 275
Las Vegas NV, 89144
*Attorneys for Taylor Wales*

## ORDER

IT IS SO ORDERED:

_____

**UNITED STATES DISTRICT COURT JUDGE**

June 26, 2019
DATED: _____

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

49267956;1