ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail: *aspringel@springelfink.com*
*marata@springelfink.com*

Attorneys for Defendant/Counter-Claimant/Third-Party Plaintiff
*TAYLOR WALES*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,<br><br>    Plaintiff,<br><br>vs.<br><br>TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, LOS PRADOS COMMUNITY ASSOCIATION,<br><br>    Defendants.<br>_____<br>TAYLOR WALES,<br><br>    Counter-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB | Case No.: 2:17-cv-02896-JCM-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND SUBMISSION DATE FOR JOINT PRE-TRIAL ORDER**<br><br>[FIRST REQUEST] |

| | |
|---|---|
| 1 | MORTGAGE PASS-THROUGH |
| 2 | CERTIFICATES, SERIES 2005-23CB, |
| 3 | Counter-Defendant. |
| 4 | TAYLOR WALES, |
| 5 | Third-Party Plaintiff, |
| 6 | |
| 7 | vs. |
| 8 | RUGGED OAKS INVESTMENTS, LLC, |
| 9 | Third-Party Defendant. |

Defendant/Counter-Claimant/Third-Party Plaintiff TAYLOR WALES ("Wales") and Third-Party Defendant Rugged Oaks Investments, LLC ("Rugged Oaks"), by and through their respective counsel of record, stipulate to extend the deadline to file the Joint Pre-Trial Order in this matter.

Good cause exists to grant the extension. This court previously dismissed The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, SERIES 2005-23CB ("BoNYM") claims based upon a statute of limitations issue. [ECF No. 66]. More recently, on January 7, 2020, this Court granted BoNYM's motion for summary judgment [ECF No. 79] while denying Wales' motion for summary judgment [ECF. 83] and Rugged Oaks' motion to dismiss [ECF No. 74]. [ECF No. 91]. Since that time, the parties have actively engaged in settlement negotiations to attempt to reach a mediated global resolution of all the parties' competing claims concerning the property and avoid incurring additional litigation costs. To help facilitate a settlement, the parties have agreed to mediation with Hon. David Wall (Ret.) at JAMS on March 20, 2020.

According to the Court's most recent stipulated order amending case deadlines filed March 26, 2019 [ECF No. 76], the deadline for the proposed joint pretrial order was June 24, 2019. Given the Court's January 7, 2020 ruling on the cross-motions for summary judgment and motion to dismiss, Wales and Rugged Oaks are due to submit a proposed joint pretrial order. To help facilitate the scheduled March 20, 2020 mediation and help preserve both party and judicial resources by preventing the commencement of

a trial or appeal when the action may be otherwise resolved, Wales and Rugged Oaks request that Court extend the deadline to submit a pre-trial order to March 27, 2020. This is the first request for an extension of time on the submission date of a joint pretrial order. This request is made in good faith and not made for purposes of delay.

Dated: this 3rd day of March, 2020

| SPRINGEL & FINK LLP | HUTCHISON & STEFFEN, PLLC |
|---|---|
| /s/ Adam H. Springel | /s/ Matthew K. Schriever |
| ADAM H. SPRINGEL, ESQ.<br>Nevada Bar No. 7182<br>MICHAEL A. ARATA, ESQ.<br>Nevada Bar No. 11902<br>9075 West Diablo Drive, Suite 302<br>Las Vegas, NV 89148<br>*Attorneys for Taylor Wales* | JOHN T. STEFFEN, ESQ.<br>Nevada Bar No. 4390<br>MATTHEW K. SCHRIEVER, ESQ.<br>Nevada Bar No. 10745<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorneys for The Bank of New York Mellon* |

ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 4, 2020