ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, FEDERAL NATIONAL MORTGAGE ASSOCIATION, LOS PRADOS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-02896-JCM-EJY<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| TAYLOR WALES,<br><br>Counter-claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,<br>Counter-Defendant | |

53124978;1

TAYLOR WALES,

        Third-Party Plaintiff,

vs.

RUGGED OAKS INVESTMENTS, LLC,

        Third-Party Defendant.

**PLEASE TAKE NOTICE** that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP and requests that Ms. Powell be removed from the service list.

Akerman LLP continues to serve as counsel for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23 in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Natalie L. Winslow, Esq., and Rex D. Garner, Esq.

DATED this 14th day of May, 2020

**AKERMAN LLP**

*/s/ Rex D. Garner. Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23*

## COURT APPROVAL

IT IS SO ORDERED.

Date: May 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE

53124978;1

2