Jeffrey S. Allison (NV Bar # 8949)
**HOUSER & ALLISON, APC**
9970 Research Drive
Irvine, California 92618
Phone: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Attorneys for Defendant PINGORA LOAN SERVICING, LLC, servicer and erroneously named herein as FIRST CALIFORNIA MORTGAGE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB, <br><br> Plaintiff, <br><br> vs. <br><br> TAYLOR WALES; FIRST CALIFORNIA MORTGAGE COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; LOS PRADOS COMMUNITY ASSOCIATION, <br><br> Defendants. | Case No. 2:17-cv-02896-JCM-GWF <br><br> HON. JAMES C. MAHAN <br><br><br> **MOTION FOR ORDER FOR REMOVAL FROM CM/ECF SERVICE LIST** |

Counsel for former Defendant Pingora Loan Servicing, LLC, servicer and erroneously named herein as First California Mortgage Company, (the "Party"), Jeffrey S. Allison, Esq., of the law firm Houser & Allison, APC (the "Firm"), submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to Jeffrey S. Allison, Esq., (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

///

## MEMORANDUM OF POINTS AND AUTHORITIES

The Firm and Party are no longer involved in this action. An Order Granting a Motion to Dismiss Party from the Amended Complaint was entered on November 1, 2018. [ECF 66]. Notices to Party's Firm and counsel, Jeffrey S. Allison, Esq., are not required. Therefore, Party hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List of Firm and counsel, Jeffrey S. Allison, Esq.

DATED: May 14, 2020                    **HOUSER & ALLISON, APC**

/s/ *Jeffrey S. Allison*
JEFFREY S. ALLISON, ESQ.
Nevada Bar No. 8949
9970 Research Drive
Irvine, CA 92618

Attorneys for Defendant PINGORA LOAN SERVICING, LLC, servicer and erroneously named herein as FIRST CALIFORNIA MORTGAGE COMPANY

## ORDER

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: May 15, 2020