ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
**SPRINGEL & FINK LLP**
9075 W. Diablo, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail: *aspringel@springelfink.com*
*marata@springelfink.com*

Attorneys for Defendant/Counter-Claimant/Third-Party Plaintiff
*TAYLOR WALES*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, LOS PRADOS COMMUNITY ASSOCIATION,<br><br>Defendants.<br>_____<br>TAYLOR WALES,<br><br>Counter-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB | Case No.: 2:17-cv-02896-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB, | |
| Counter-Defendant. | |
| TAYLOR WALES, | |
| Third-Party Plaintiff, | |
| vs. | |
| RUGGED OAKS INVESTMENTS, LLC, | |
| Third-Party Defendant. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Third-Party Plaintiff TAYLOR WALES, by and through his counsel of record, the law firm of Springel & Fink LLP, and Third-Party Defendant RUGGED OAKS INVESTMENTS, LLC, by and through its counsel of record, the Hutchison & Steffen, PLLC, hereby stipulate as follows:

1. Third-Party Plaintiff TAYLOR WALES's Third-Party Complaint against Third-Party Defendant RUGGED OAKS INVESTMENTS, LLC shall be dismissed with prejudice; and
2. Each party is to bear their own attorney's fees and costs.

   IT IS SO STIPULATED.

DATED this 29th day of May, 2020

SPRINGEL & FINK LLP

By:  /s/ Michael A. Arata
    ADAM H. SPRINGEL, ESQ.
    Nevada Bar No. 7187
    MICHAEL A. ARATA, ESQ.
    Nevada Bar No. 11902
    9075 W. Diablo, Suite 302
    Las Vegas, Nevada 89148

    Attorneys for Third-Party Plaintiff
    *TAYLOR WALES*

DATED this 29th day of May, 2020

HUTCHISON & STEFFEN, PLLC

By:  /s/ Matthew K. Schriever
    John T. Steffen, Esq.
    Nevada Bar No. 4390
    Matthew K. Schriever, Esq.
    Nevada Bar No. 10745
    Peccole Professional Park
    10080 West Alta Drive, Suite 200
    Las Vegas, Nevada 89145

    Attorneys for Third-Party Defendant
    *RUGGED OAKS INVESTMENTS, LLC*

{N0690248;1}                                    -2-

**THE BANK OF NEW YORK MELLON, et al. v. TAYLOR WALES, et al.**
Case No.:  2:17-cv-02896-JCM-EJY
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

### ORDER

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the Third-Party Complaint made by Third-Party Plaintiff TAYLOR WALES against Third-Party Defendant RUGGED OAKS INVESTMENTS, LLC shall be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

DATED June 1, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.:  2:17-cv-02896-JCM-EJY

{N0690248;1}                    -3-

## CERTIFICATE OF SERVICE
*The Bank of New York, etc. v. Wales, et al.*
Case No.: 2:17-cv-02896-JCM-EJY

Pursuant to FRCP 5(b), on **May 29, 2020** the foregoing document entitled: *STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE* was served as follows:

__X__  VIA E-SERVICE: served upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF system pursuant to LR 4-1 to those participating in the Court's electronic filing system, as follows:

_____  VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business, addressed as follows:

By: */s/ Ella Wilczynski*
An employee of SPRINGEL & FINK LLP