ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
**SPRINGEL & FINK LLP**
9075 W. Diablo, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail: *aspringel@springelfink.com*
*marata@springelfink.com*

Attorneys for Defendant/Counter-Claimant/Third-Party Plaintiff
*TAYLOR WALES*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,

Plaintiff,

vs.

TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, LOS PRADOS COMMUNITY ASSOCIATION,

Defendants.

---

TAYLOR WALES,

Counter-Claimant,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB

Case No.: 2:17-cv-02896-JCM-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,

Counter-Defendant.

TAYLOR WALES,

Third-Party Plaintiff,

vs.

RUGGED OAKS INVESTMENTS, LLC,

Third-Party Defendant.

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendant/Counter-Claimant TAYLOR WALES, by and through his counsel of record, the law firm of Springel & Fink LLP, Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION, by and through its counsel of record, the law firm of Holley Driggs Walch Fine Puzey Stein & Thompson, and Plaintiff/Counter-Defendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB, by and through its counsel of record, the law firm of Akerman LLP, hereby stipulate as follows:

1. All claims and counterclaims in this case between Defendant/Counter-Claimant TAYLOR WALES, Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION, and Plaintiff/Counter-Defendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB shall be dismissed with prejudice;
2. Each party is to bear their own attorney's fees and costs; and

///

3. The Notice of Lis Pendens recorded as 20180226-0001837 in the records of the Clark County Recorder on February 26, 2018 shall be expunged.

IT IS SO STIPULATED.

DATED this 9th day of June, 2020

SPRINGEL & FINK LLP

By: */s/ Michael A. Arata*

ADAM H. SPRINGEL, ESQ.
Nevada Bar No. 7187
MICHAEL A. ARATA, ESQ.
Nevada Bar No. 11902
9075 W. Diablo, Suite 302
Las Vegas, Nevada 89148

Attorneys for Defendant/Counter-Claimant
*TAYLOR WALES*

DATED this 9th day of June, 2020

AKERMAN LLP

By: */s/ Rex D. Garner*

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

Attorneys for Plaintiff/Counter-Defendant
*THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB*

DATED this 9th day of June, 2020

HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON

By: */s/ Marilyn Fine*

MARILYN FINE, ESQ.
Nevada Bar No. 5949
400 S. Fourth Street, Third Floor
Las Vegas, Nevada 89101

Attorneys for Defendant
*FEDERAL NATIONAL MORTGAGE ASSOCIATION*

ORDER

Based upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that all claims and counterclaims in this case between Defendant/Counter-Claimant TAYLOR WALES, Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION and Plaintiff/Counter-Defendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB shall be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

IT IS FURTHER ORDERED that the Notice of Lis Pendens recorded as 20180226-0001837 in the records of the Clark County Recorder on February 26, 2018 shall be EXPUNGED.

DATED June 11, 2020.

James C. Mahan

UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:17-cv-02896-JCM-EJY

**CERTIFICATE OF SERVICE**
***The Bank of New York, etc. v. Wales, et al.***
**Case No.: 2:17-cv-02896-JCM-EJY**

Pursuant to FRCP 5(b), on **June 9, 2020** the foregoing document entitled: ***STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*** was served as follows:

__X__ VIA E-SERVICE: served upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF system pursuant to LR 4-1 to those participating in the Court's electronic filing system, as follows:

______ VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business, addressed as follows:

By: */s/ Ella Wilczynski*
An employee of SPRINGEL & FINK LLP