UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff(s),<br><br>v.<br><br>TAYLOR WALES, et al.,<br><br>Defendant(s). | Case No. 2:17-CV-2896 JCM (EJY)<br><br>ORDER |

Presently before the court is the matter of *Bank of New York Mellon v. Wales et al*, 2:17-cv-02896-JCM-EJY.  All defending parties were terminated via various stipulations of dismissal in June 2020 with the exception of defendants Los Prados Community Association and First California Mortgage Company.  (ECF Nos. 104, 108).  There has been no action taken in this case since.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff Bank of New York Mellon shall, within twenty-one (21) days from the entry of this order, file the appropriate motions or stipulations to bring this case to a close.

DATED January 22, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**