ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-23CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR WALES, FIRST CALIFORNIA MORTGAGE COMPANY, LOS PRADOS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-02896-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB (**BoNYM**), Defendant First California Mortgage Company (**FCMC**), and Defendant Los Prados Community Association (**HOA**), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of BoNYM's claims in this action against FCMC and the HOA with prejudice.

56211101;1

Each party shall bear their own attorney's fees, prejudgment interest, and costs of suit associated with this dismissal. The Court may close this case.

| DATED January 26, 2021. | DATED January 26, 2021. |
|---|---|
| **AKERMAN LLP** | **MARQUIS AURBACH COFFING** |
| */s/ Rex D. Garner*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-23CB Mortgage Pass-Through Certificates, Series 2005-23CB* | */sMichael D. Maupin*<br>JACK CHEN MIN JUAN, ESQ.<br>Nevada Bar No. 6367<br>MICHAEL D. MAUPIN, ESQ.<br>Nevada Bar No. 13721<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Los Prados Community Association* |
| DATED January 26, 2021.<br><br>**HOUSER & ALLISON, APC**<br><br>*/s/ Jeffrey S. Allison*<br>JEFFREY S. ALLISON, ESQ.<br>Nevada Bar No. 8949<br>9970 Research Drive<br>Irvine, CA 92618<br><br>*Attorneys for First California Mortgage Company, erroneously named herein, its successors and assigns* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:17-cv-02896-JCM-EJY

January 27, 2021
DATED

2

56211101;1